UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU DIAKITE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>M. POLADIAN, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 19cv1341-DMS(MSB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO TAKE DEPOSITION OF AMADOU DIAKITE, AN INCARCERATED PERSON**<br><br>**[ECF NO. 49]** |

On December 1, 2020, Defendants filed an "Ex Parte Application to Take Deposition of Amadou Diakite, an Incarcerated Person." (ECF No. 49.) Having reviewed the ex parte motion and the attached declaration, and finding good cause, the Court **GRANTS** the motion. Accordingly, Defendants may depose Amadou Diakite in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means, including having the court reporter attend remotely, if they choose.

**IT IS SO ORDERED.**

Dated:  December 1, 2020

　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　United States Magistrate Judge