UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU DIAKITE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>M. POLADIAN, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 19cv1341-DMS(MSB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION [ECF NO. 65]** |

　　　On January 21, 2021, Plaintiff, a state prisoner proceeding pro se, signed a motion, which the Court accepted on discrepancy on January 28, 2021. (See ECF Nos. 64 & 65.) Plaintiff asks the Court to "put[] a hold on the proceedings and order custody to return [his] legal material." (ECF No. 65 at 2.) In support, Plaintiff asserts that he is currently housed in administrative segregation where he does not have access to his "legal work" and property, and he requires the materials to respond to discovery requests and serve subpoenas. (See id.)

　　　The Court notes that Plaintiff's motion was dated January 21, 2021. (See id. at 2.) A week later, on January 28, 2021, the Court held a lengthy telephonic Case Management Conference ("CMC") with Plaintiff and defense counsel. (See ECF No. 62.) During the CMC, Plaintiff informed the Court that he would be transferred to a different

correctional institution on January 29, 2021, and his legal property would be returned to him within two weeks of the transfer.

In light of Plaintiff's representations during the CMC, the Court finds Plaintiff's instant motion premature. If after the institutional transfer Plaintiff is still deprived of his legal materials, he could renew his motion at that time. Accordingly, the Court **DENIES without prejudice** Plaintiff's motion. Further, as the Court advised Plaintiff during the CMC, if Plaintiff requires additional time to complete discovery, he should file a motion to continue setting forth the reasons for his request.

**IT IS SO ORDERED.**

Dated:  January 29, 2021

Honorable Michael S. Berg
United States Magistrate Judge