UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU DIAKITE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>M. POLADIAN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv1341-DMS(MSB)<br><br>**ORDER CONTINUING CERTAIN EXPERT DISCOVERY DEADLINES** |

On February 25, 2021, the Court held a telephonic Case Management Conference in this matter.  (See ECF No. 72.)  Plaintiff informed the Court that he had been transferred to a different prison, and that he had recently received access to his legal materials.  Plaintiff asked the Court for additional time to complete expert designation and disclosures.  In light of Plaintiff's institutional transfer, as well temporary lack of access to law library and legal materials, and to expedite the completion of discovery in this case, the Court advised Plaintiff that it will continue certain expert discovery deadlines.

///

///

///

Accordingly, expert designation, expert reports, and **all expert discovery must be completed by <u>March 21, 2021</u>**. All other deadlines and requirements remain unchanged.

**IT IS SO ORDERED.**

Dated: February 26, 2021

Honorable Michael S. Berg
United States Magistrate Judge